**WIMMER FAMILY TRUST, APPELLANT, *v*. FIRSTENERGY CORPORATION;**

**OHIO EDISON COMPANY, APPELLEE.**

**[Cite as *Wimmer Family Trust v. FirstEnergy Corp.*,**

**123 Ohio St.3d 144, 2009-Ohio-4304.]**

*Judgment of the court of appeals vacated on the authority of Corrigan v. Illum.*

*Co., and cause remanded to the trial court for a final declaration of the*

*metes and bounds of the easement.*

(No. 2009-0249 — Submitted July 14, 2009 — Decided September 1, 2009.)

APPEAL from the Court of Appeals for Lorain County, No. 08CA009392,

2008-Ohio-6870.

_____

{¶ 1} The judgment of the court of appeals is vacated on the authority of *Corrigan v. Illum. Co.*, 122 Ohio St.3d 265, 2009-Ohio-2524, 910 N.E.2d 1009, and the cause is remanded to the trial court for a final declaration of the metes and bounds of the easement.

MOYER, C.J., and LUNDBERG STRATTON, O'CONNOR, LANZINGER, and CUPP, JJ., concur.

PFEIFER and O'DONNELL, JJ., dissent.

_____

Lester S. Potash, for appellant.

Roetzel & Andress, L.P.A., Donald S. Scherzer, and John J. Schriner, for appellee.

_____